**ZIMMERMAN REED LLP**
Caleb Marker (SBN 269721)
Email: caleb.marker@zimmreed.com
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781

**ZIMMERMAN REED LLP**
Michael J. Laird (MN# 398436)
1100 IDS Center, 80 South 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

*Attorneys for Plaintiff and the Class*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.G., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE COOPER COMPANIES, INC., COOPERSURGICAL, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:24-cv-04613-JST<br><br>Assigned to:   Judge Jon S. Tigar<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hearing Date and Time:<br>Courtroom 4 – 3rd Floor<br>Complaint Filed:   July 30, 2024 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff J.G. hereby gives notice that this action is voluntarily dismissed. Defendants The Cooper Companies, Inc. and CooperSurgical, Inc. (collectively, "Defendants") have not served an answer or motion for summary judgment in this action and Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claim. Therefore, under Federal Rule Civ. P.

1

41(a)(1)(B), the dismissal of Plaintiff's Complaint is without prejudice.

Dated: January 14, 2025                    Respectfully submitted,

**ZIMMERMAN REED LLP**

s/ Michael J. Laird
Michael J. Laird (*pro hac vice*)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Michael.Laird@zimmreed.com

Caleb Marker (SBN 269721)
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781
caleb.marker@zimmreed.com

*Attorneys for Plaintiffs and the Class*